**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6473**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TRAMMEL LEWIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-96-116)

Submitted:  May 25, 2000            Decided:  June 6, 2000

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Trammel Lewis, Appellant Pro Se.  Nicholas Stephan Altimari, Assistant United States Attorney, Robert E. Trono, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Trammel Lewis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] See United States v. Lewis, No. CR-96-116 (E.D. Va. Mar. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] In his informal brief, Lewis asserts a new claim of prosecutorial misconduct and a claim that the indictment was faulty. Because these claims were not presented to the district court, this court will not review them in the first instance. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).